IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,                        JUDGMENT IN A CIVIL CASE

v.                              Case No. 13-cv-483-jdp

2007 HONDA CIVIC EX SEDAN,
VIN:1HGFA16877L117580,

    Defendant.

      This action came for consideration before the court with District Judge James D. Peterson  presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff United States of America, granting summary judgment, forfeiting the defendant property, 2007 Honda Civic EX Sedan, VIN 1HGFA16877L117580 and dismissing this case.

| s/V. Olmo | 8/25/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |